# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 30, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

161977

*In re* T. M. REED, Minor.

SC: 161977
COA: 352203
Oakland CC Family Division:
  2019-869415-NA

_____/

On order of the Court, the application for leave to appeal the August 13, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 30, 2020

Clerk

b1027